*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. BROWN, | No. C 09-4478 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| B. CURRY, Warden, et al., | |
| Defendants. | (Docket No. 2) |

On September 22, 2009, plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. §1983. On that same date the clerk of the court sent a notice to plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The clerk sent plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the court.

///

///

///

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.09\Brown478.DisIFP.frm

1    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The clerk of the
2 court shall close the file.
3    IT IS SO ORDERED.
4 DATED:___12/7/09_____                    _____
                                               RONALD M. WHYTE
5                                              United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.09\Brown478.DisIFP.frm          2