*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. BROWN, | No. C 09-4478 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| B. CURRY, Warden, et al., | |
| Defendants. | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/7/09

_____
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Brown478jud.wpd